1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division                    JS - 6
4  THOMAS D. COKER [SBN 136820]
   Assistant United States Attorney
5    Room 7211, Federal Building
     300 North Los Angeles Street
6    Los Angeles, California  90012
     Telephone:  (213) 894-2454
7    Facsimile:  (213) 894-0115

8  Attorneys for United States of America
9
                 UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                      WESTERN DIVISION
12
13 UNITED STATES OF AMERICA,      ) Case No. CV 11-1744-RGK(JCGx)
                                  )
14          Plaintiff,            ) [~~PROPOSED~~] ORDER DISMISSING
                                  ) COMPLAINT AND ACTION
15     vs.                        )
                                  )
16                                )
   CYNTHIA RAE WRIGHT; QUASAR     )
17 FINANCIAL GROUP, INC., a Nevada )
   Corporation, as nominee of     )
18 CYNTHIA RAE WRIGHT; BANK ONE,  )
   fka FIRST NATIONAL BANK OF     )
19 CHICAGO; GMAC MORTGAGE CORPORA- )
   TION; STATE OF CALIFORNIA,     )
20 FRANCHISE TAX BOARD; WELLS     )
   FARGO BANK, N.A.; and ORANGE   )
21 COUNTY TAX COLLECTOR,          )
                                  )
22                                )
            Defendants.           )
23 _____ )

24

25 Based upon the stipulation filed between the United States

26 of America and the defendants who have appeared in this action,

27

28

1     IT IS HEREBY ORDERED that the above-captioned complaint and

2 action to reduce federal tax assessments to judgment and

3 foreclose federal tax liens is DISMISSED.

4

5 Dated: August 24, 2011                       

6                       R. GARY KLAUSNER
                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13 Presented by:

14 ANDRÉ BIROTTE JR.
   United States Attorney

15 SANDRA R. BROWN

16 Assistant United States Attorney
   Chief, Tax Division

17

18 _____

19 THOMAS D. COKER
   Assistant United States Attorney

20 Attorneys for the UNITED STATES OF AMERICA

21

22

23

24

25

26

27

28